**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PAUL CAPUTO,

       Plaintiff,

vs.                                      No. CIV-05-321 JB/DJS

RIO RANCHO POLICE DEPARTMENT,
LEMUEL MARTINEZ, OFFICER J. MELTON,
MICHAEL BAKER, Chief of Police,

       Defendants.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Extension of Time to Complete Discovery and to Extend Other Pretrial Deadlines, filed January 5, 2006 (Doc. 35).  The Court held a hearing on this motion on January 24, 2006.  The primary issue is whether the Court should extend discovery and other deadlines while the immunity motions are pending.  For the reasons stated at the hearing, and consistent with those reasons, the Court will deny the motion without prejudice to Plaintiff Paul Caputo renewing his motion after the Court rules on the pending immunity motions.

**PROCEDURAL BACKGROUND**

In the Initial Pretrial Report, the Court set the following deadlines:

| | |
|---|---|
| Motions relating to Discovery | January 12, 2006 |
| Pretrial Motions | February 3, 2006 |
| Plaintiff's part of the Pretrial Order | March 17, 2006 |
| Defendant's part of the Pretrial Order | March 24, 2006 |

Pretrial Conference                                                                 March 25, 2006

Caputo requests the Court grant additional time within which to complete discovery, currently

scheduled to end January 6, 2006, until February 6, 2006.  Caputo further requests the Court to move

all other pretrial deadlines forward thirty days.  Caputo requests the Court to extend the pretrial

deadlines by thirty days, making the new deadlines as follows:

Motions relating to Discovery                                          February 13, 2006

Pretrial Motions                                                             March 3, 2006

Plaintiff's part of Pretrial Order                                       April 17, 2006

Defendant's part of Pretrial Order                                   April 24, 2006

Pretrial Conference                                                         April 25, 2006

Defendant Lemuel Martinez objects to this motion.

## ANALYSIS

Given that the Court is staying discovery pending resolution of the pending immunity motions,

setting new deadlines at this stage would not make sense.  The Court will deny Caputo's motion

without prejudice to him renewing his request after the Court rules on these motions.  If Caputo

convinces the Court to deny one or both of the immunity motions, for any reason, further discovery

may be appropriate.  The Defendants have made a tactical decision not to give Caputo further

discovery, and if the Court decides to deny the immunity motions, it will seriously consider extending

the deadlines to allow more discovery.

**IT IS ORDERED** that the Plaintiff's Motion for Extension of Time to Complete Discovery

and to Extend Other Pretrial Deadlines is denied without prejudice to his ability to renew it after the

Court rules on the pending immunity motions.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Herbert M. Silverberg
Mary Louise Boelcke
Silverberg Law Offices
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Randy S. Bartell
Montgomery & Andrews PA
Santa Fe, New Mexico

     *Attorneys for Defendants City of Rio Rancho*
       *Department of Public Safety, J. Melton, and*
       *Michael Baker*

Sean Olivas
Keleher & McLeod, P.A.
Albuquerque, New Mexico

     *Attorneys for Defendant Lemuel Martinez*